

**DALLAS COUNTY
DISTRICT ATTORNEY
JOHN CREUZOT**
Appellate Division

ACCEPTED
05-21-00629-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/27/2024 9:39 AM
RUBEN MORIN
CLERK

February 27, 2024

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

2/27/2024 9:39:47 AM

Ruben Morin
Clerk

Ruben Morin
Clerk of the Court
Court of Appeals, Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas 75202

RE:  *Brandie Olivarez v. The State of Texas*
Cause No.: 05-21-00629-CR

## STATE'S LETTER BRIEF

Dear Mr. Morin:

Please accept this letter brief as the State's response to the brief in support of the motion to withdraw filed by Appellant's attorney in this case. Appellant, Brandie Olivarez was indicted in trial cause number F20-22447-K for the offense of fraudulent use or possession of identifying information. Additionally, the information contained two enhancement paragraphs. Appellant was placed on deferred adjudication for a period of four years on September 10, 2020. On June 21, 2021, the trial court adjudicated her guilt and sentenced her to ten years' incarceration in the institutional division of the Texas Department of Criminal Justice.

Appellant's attorney filed a motion to withdraw and a brief under *Anders v. California*, 386 U.S. 738 (1967). Appellant's counsel filed his motion and brief on February 23, 2024. After reviewing the record, the State agrees with Appellant's counsel that the record shows no reversible error. Moreover, the State has not identified any errors in this judgment.

Sincerely,

/s/ *M. Paige Williams*

Marcella Paige Williams
Assistant District Attorney
State Bar Number 24043997
Frank Crowley Courts Building
133 N. Riverfront Boulevard, LB-19
Dallas, Texas 75207-4399
(214) 653-3625 | (214) 653-3643 *fax*
Marcella.williams@dallascounty.org

cc:    Bruce Kaye, Attorney for Appellant
       (via electronic filing through efile.txcourts.gov to Bruce@brucekaye.com)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Marcella Williams on behalf of Marcella Paige Williams
Bar No. 24043997
Marcella.Williams@dallascounty.org
Envelope ID: 84934853
Filing Code Description: Letter
Filing Description: State's Letter Brief in response to Anders appeal
Status as of 2/27/2024 9:45 AM CST

Associated Case Party: Brandie Olivarez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Bruce Kaye | | Bruce@brucekaye.com | 2/27/2024 9:39:47 AM | SENT |

Associated Case Party: Dallas County District Attorney's Office

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| M. Paige Williams | | Marcella.williams@dallascounty.org | 2/27/2024 9:39:47 AM | SENT |